# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY_____D.C.

05 JUL 28 PM 3:31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

U.S.A. vs. __Michael Matthews__              Docket No. __2:03CR20231-M__

03-20231

### Petition on Probation and Supervised Release

**COMES NOW** __Christy J. Henson__, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Michael Matthews__, who was placed on supervision by the Honorable __Samuel H. Mays, Jr.__ sitting in the Court at __Memphis, TN__, on the __25th__ day of __November__, __2003__, who fixed the period of supervision at __three (3) years__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without the approval of the Probation Office.
2. The defendant shall provide the Probation Office access to any requested financial information.
3. The defendant shall notify the Court and the U.S. Attorney of any material change in economic circumstances that might affect the defendant's ability to pay restitution.
4. The defendant shall pay restitution in regular monthly installments in the amount of ten percent (10%) of gross income from all sources. Interest requirement is waived
5. The defendant shall pay restitution in he amount of Seven Thousand Six Hundred Dollars. ($7,600.00)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Michael Matthews fits the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law. He has made progressive strides towards achieving supervision objectives and appears to pose no risk to public safety. Mr. Matthews has made payments totaling $4,200.00 towards his Court ordered restitution obligation leaving an outstanding balance of $ 3,400.00. Assistant United States Attorney Camille McMillen objects to the defendant being released from supervision early due to the outstanding restitution. On July 25, 2005, Mr. Matthews executed an Authorization for Automatic Payroll Deduction Form with the U.S. Attorney Financial Litigation Unit and agreed to have One Hundred Dollars ($100.00) deducted bi-weekly from his pay check.

**PRAYING THAT THE COURT WILL ORDER** that Michael Matthews be allowed to end his term of supervision early with the understanding that the United States Attorney's Office will be responsible for the continued collection of restitution.

**ORDER OF COURT**

Considered and ordered this __27th__ day __July__, 20__05__, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

**Respectfully,**

__Christy J. Henson__
Christy J. Henson
United States Probation Officer

Place: __Memphis, TN__

Date: __July 26, 2005__

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __7-29-05__

23

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:03-CR-20231 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT